FURMINATOR, INC. (formerly known as FM Acquisition Corp.), Plaintiff–Appellee,

v.

KIM LAUBE & CO., INC., Defendant–Appellant.

Nos. 2011–1197, 2011–1368, 2011–1535.

United States Court of Appeals, Federal Circuit.

Dec. 6, 2011.

Alan H. Norman, David B. Jinkins, Steven E. Garlock, Jonathan G. Musch, Thompson Coburn LLP, St. Louis, MO, for Plaintiff–Appellee.

Kent A. Rowald, Law Offices Of Kent A. Rowald, Tomball, TX, Charles Douglas McCallon, Carrollton, TX, for Defendant–Appellant.

### ON MOTION

### ORDER

Kim Laube & Co., Inc. moves to dismiss these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.